|  |  |  |
|---|---|---|
| **United States Bankruptcy Court<br>Southern District of New York** | | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Sensitive Touch, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (Include married, maiden and trade names) |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): 45-0596783 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City and State):<br>135 East 55th Street, 8th Floor, New York, NY | Street Address of Joint Debtor (No. And Street, City and State): |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (If different from street address) |
| Location of Principal Assets of Business Debtor (if different from street address above) | |

| **Type of Debtor**<br>Form of Organization<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| [] Individual (includes Joint Debtors)<br>   *See Exhibit D on page 2 of this form*.<br>[x] Corporation (includes LLC and LLP)<br>[] Partnership<br>[] Other (If debtor is not one of the above entities, check this box and state type of entity below<br>_____ | [] Health Care Business<br>[] Single Asset Real Estate as defined in 11 U.S.C. §101(51B)<br>[] Railroad<br>[] Stockbroker<br>[] Commodity Broker<br>[] Clearing Bank<br>[] Other<br>_____Bar_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>[] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code) | [] Chapter 7    [] Chapter 15 Petition for<br>[] Chapter 9        Recognition of a Foreign<br>[x] Chapter 11       Main Proceeding<br>[] Chapter 12   [] Chapter 15 Petition for<br>[] Chapter 13       Recognition of a Foreign<br>                    Nonmain Proceeding<br><br>Nature of Debts<br>(Check one box.)<br>[] Debts are primarily    [x] Debts are primarily<br>  consumer debts, defined in 11        business debts.<br>  U.S.C. §101(8) as<br>  "incurred by an individual<br>  primarily for a personal,<br>  family or household purpose." |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| [x] Full Filing Fee attached.<br><br>[] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>[] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)<br>**Check if:**<br>[] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>[] A plan is being filed with this petition.<br>[] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| [x] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
[x] 1-49    [] 50-99    [] 100-199    [] 200-999    [] 1,000-5,000    [] 5,001 - 10,000    [] 10,001 - 25,000    [] Over 25,000

Estimated Assets
[] $0 to $10,000   [x] $10,000 to $100,000   [] $100,000 to $1,000,000   [] More than $1,000,000

Estimated Liabilities
[] $0 to $50,000   [] $50,000 to $100,000   [x] $100,000 to $1 million   []$1 million to $100 million   [] More than $100 million

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Sensitive Touch, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| [] Exhibit A is attached and made a part of this petition. | X _____  _____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

[] Yes, and Exhibit C is attached and made a part of this petition.

[x] No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  [] Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  [] Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

[x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

[] Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

[] Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____            _____
Name of landlord that obtained judgment                    Address of landlord

[] Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

[] Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** <br> (This page must be completed and filed in every case.) | Name of Debtor(s): <br> Sensitive Touch, Inc. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) ( Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> [ ] I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> [ ] Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney** <br><br> X \_\_\_\_/s/ Randy Kornfeld_____ <br> Signature of Attorney for Debtor(s) <br><br> \_\_\_\_\_Randy M. Kornfeld_____ <br> Printed Name of Attorney for Debtor(s) <br><br> \_\_\_\_\_Kornfeld & Associates, P.C._____ <br> Firm Name <br><br> Address: 570 Lexington Avenue, 17th Floor <br> New York, NY 10022 <br><br> Telephone Number: (212) 759-6767 <br><br> \_5/3/10_____ <br> Date | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> (Not applicable) |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X \_\_\_\_/s/ Daynelis Tielis_____ <br> Signature of Authorized Individual <br><br> \_\_\_\_\_Daynelis Tielis_____ <br> Printed Name of Authorized Individual <br><br> \_\_\_\_\_President_____ <br> Title of Authorized Individual <br> \_\_\_\_\_5/3/10_____ <br> Date | |