UNITED STATES BANKRUPTCY COURT                    CHAPTER 11
SOUTHERN DISTRICT OF NEW YORK                     CASE NO.

In re: Sensitive Touch, Inc.

# EXHIBIT A TO VOLUNTARY PETITION

1. Debtor is a privately owned corporation. The following financial data is the latest available information and refers to the debtor's approximate financial condition on May 3, 2010.

    a. Total Assets--------------------$ 100,000.00

    b. Total Liabilities-----------------$ 907,129.83

|  | Approximate # of Holders |
|---|---|
| Fixed, liquidated secured debt: $0 | 0 |
| Contingent secured debt: $0 | 0 |
| Disputed secured debt: $0 | 0 |
| Unliquidated secured debt: $0 | 0 |
| Fixed, liquidated unsecured debt: $657,129.83 | 1 |
| Contingent unsecured debt: $0 | 3 |
| Disputed unsecured claims: $250,000 | 3 |
| Number of shares of preferred stock: 0 | 0 |
| Number of shares of common stock: 0 | 0 |

2. Comments, if any: None.

3. Debtor owes taxes approximated as follows:

    IRS: $0
    NYS: $0

4. Brief description of debtor's business: Medical Day Spa.

5. List names of any person who directly owns, controls or holds, with power to vote, 20% of more of the voting securities of the debtor: Daynelis Tieles

6. List the names of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held with power to vote by debtor: None.