UNITED STATES BANKRUPTCY COURT                CHAPTER 11
SOUTHERN DISTRICT OF NEW YORK                 CASE NO.

In re: Sensitive Touch, Inc.

## LIST OF CREDITORS

| Name and Address of Creditor | Amount of Claim |
|---|---|
| The New York Times Company<br>620 Eighth Avenue<br>New York, NY 10018 | $400,000.00 |
| NYP Holdings, Inc.<br>1211 Avenue of the Americas<br>New York, NY 10036 | $400,000.00 |
| Time Out New York<br>475 Tenth Avenue, 12th Floor<br>New York, NY 10018 | $32,000.00 |
| NR Properties Six LLC<br>c/o Emmes Realty Services LLC<br>420 Lexington Avenue<br>New York, NY 10170 | $75,129.83 |
| Roy and Ron Gal<br>8 Avi Zohar Street, Apt. 401<br>Jerusalem, Israel, 96297 | $125,000.00* |

* Denotes Insider Claim